DANIEL G. BOGDEN
United States Attorney
LUCAS M. FOLETTA
Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )  2:09-CR-0173-PMP (PAL)<br>) |
| RODOLFO RODRIGUEZ CABRERA and<br>HENRY MANTILLA, | )<br>)<br>) |
| Defendants. | )<br>) |

### NOTICE OF FILING PROOF OF PUBLICATION

Attached hereto is the proof of publication evidencing publication of the Notice on www.forfeiture.gov for the required period of time.

Dated: August 11, 2010.

                                                 DANIEL G. BOGDEN
                                                 United States Attorney


                                                 /s/Lucas M. Foletta
                                                 LUCAS M. FOLETTA
                                                 Assistant United States Attorney

# AFFIDAVIT

STATE OF NEVADA      )
                     ) ss
COUNTY OF CLARK      )

I, Jacqueline L. Peltier, being duly sworn, depose and say the following:

I am a Paralegal Specialist assigned to the United States Attorney's Office for the District of Nevada. This affidavit is made in support of a notice of publication filed in *United States v. Rodolfo Rodriguez Cabrera and Henry Mantilla*, 2:09-CR-0173-PMP (PAL).

Notice of Criminal Forfeiture was posted via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 9, 2010 through August 7, 2010, evidenced by the attached Notice of Forfeiture and the attached verified Advertisement Certification Report. The publication of this Notice of Forfeiture was reasonably calculated to notify all potential claimants.

JACQUELINE L. PELTIER
Paralegal Specialist

STATE OF NEVADA      )
                     ) ss
COUNTY OF CLARK      )

Subscribed and sworn to (or affirmed) before me on August 11, 2010, by Jacqueline L. Peltier.

NOTARY PUBLIC

PAMELA J. MRENAK
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 08-28-2011
Certificate No: 96-35670-1

## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between July 9, 2010 and August 7, 2010. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Rodolfo Rodriguez Cabrera and Henry Mantilla

**Court Case No:** 2:09-CR-0173-PMP (PAL)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 07/09/2010 | 23.6 | Verified |
| 2 | 07/10/2010 | 23.6 | Verified |
| 3 | 07/11/2010 | 23.6 | Verified |
| 4 | 07/12/2010 | 23.6 | Verified |
| 5 | 07/13/2010 | 23.6 | Verified |
| 6 | 07/14/2010 | 23.6 | Verified |
| 7 | 07/15/2010 | 23.6 | Verified |
| 8 | 07/16/2010 | 23.6 | Verified |
| 9 | 07/17/2010 | 23.6 | Verified |
| 10 | 07/18/2010 | 23.6 | Verified |
| 11 | 07/19/2010 | 23.6 | Verified |
| 12 | 07/20/2010 | 23.6 | Verified |
| 13 | 07/21/2010 | 23.5 | Verified |
| 14 | 07/22/2010 | 23.6 | Verified |
| 15 | 07/23/2010 | 23.6 | Verified |
| 16 | 07/24/2010 | 23.5 | Verified |
| 17 | 07/25/2010 | 23.6 | Verified |
| 18 | 07/26/2010 | 23.6 | Verified |
| 19 | 07/27/2010 | 23.6 | Verified |
| 20 | 07/28/2010 | 23.6 | Verified |
| 21 | 07/29/2010 | 23.6 | Verified |
| 22 | 07/30/2010 | 23.6 | Verified |
| 23 | 07/31/2010 | 23.6 | Verified |
| 24 | 08/01/2010 | 23.6 | Verified |
| 25 | 08/02/2010 | 23.6 | Verified |
| 26 | 08/03/2010 | 23.6 | Verified |
| 27 | 08/04/2010 | 23.6 | Verified |
| 28 | 08/05/2010 | 23.6 | Verified |
| 29 | 08/06/2010 | 23.6 | Verified |
| 30 | 08/07/2010 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

Attachment 1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA
# COURT CASE NUMBER: 2:09-CR-0173-PMP (PAL); NOTICE OF FORFEITURE

Notice is hereby given that on May 07, 2010, in the case of <u>U.S. v. Rodolfo Rodriguez Cabrera and Henry Mantilla</u>, Court Case Number 2:09-CR-0173-PMP (PAL), the United States District Court for the District of Nevada entered an Order condemning and forfeiting the following property to the United States of America:

a criminal forfeiture money judgment of $151,800.00 in United States Currency

Various Electronic & Miscellaneous Equipment including the following items: 2 IGT Gaming Program, Ser No: Unk.; 2 IGT Gaming Program, Ser No: Unk.; 2 IGT Gaming Program, Ser No: Unk.; 3 IGT Gaming Program, Ser No: Unk.; 3 IGT Gaming Program, Ser No: Unk.; 3 IGT Gaming Program, Ser No: Unk.; 3 IGT conversion kit w/ button wire harness assembly, mother board, E2 chip, (see make), Ser No: Unk.; 4 IGT conversion kit w/ button wire harness assembly, mother board, E2 chip (see make), Ser No: Unk.; 3 IGT conversion kit w/ button wire harness assembly, mother board, E2 chip (see make), Ser No: Unk.; 1 Button assembly (rec'd from Southeast Gaming, Inc.), Ser No: Unk.; 8 044 CPU boards (returned from Southeast Gaming, Inc.), Ser No: Unk.; 1 Programmer (rec/d from FE Electronic), Ser No: Unk.; 3 DVD-R containing IGT programs for Southeast Gaming, Inc., Ser No: Unk.; 1 IGT Gaming Machine, Ser No: 1073240; 1 IGT Gaming Machine, Ser No: 886066; 1 IGT Gaming Machine, Ser No: 1053178; 1 IGT Gaming Machine, Ser No: 1073234; 1 IGT Gaming Machine, Ser No: 924295; 1 IGT Gaming Machine, Ser No: 905366; 1 IGT Gaming Machine, Ser No: 933498; 1 IGT Gaming Machine, Ser No: 588607; 1 IGT Gaming Machine, Ser No: 1036990; 1 IGT Gaming Machine, Ser No: 1073233; 1 IGT Gaming Machine, Ser No: 541838; 1 IGT Gaming Machine, Ser No: 485423; 1 IGT Gaming Machine, Ser No: 948309; 1 IGT Gaming Machine, Ser No: 1073241; 1 IGT Gaming Machine, Ser No: 85431; 1 IGT Gaming Machine, Ser No: 973161; 1 IGT Gaming Machine, Ser No: 933499; 1 IGT Gaming Machine, Ser No: 485410; 1 IGT Gaming Machine, Ser No: 9073238; 1 IGT Gaming Machine, Ser No: 1073230; 1 IGT Gaming Machine, Ser No: 1036989; 1 IGT Gaming Machine, Ser No: 834460; 1 IGT Gaming Machine, Ser No: 549559; 1 IGT Gaming Machine, Ser No: 1073232; 1 IGT Gaming Machine, Ser No: 1036979; 1 IGT Gaming Machine, Ser No: 769105; 1 IGT Gaming Machine, Ser No: 769122; 1 IGT Gaming Machine, Ser No: 1073235; 1 IGT Gaming Machine, Ser No: 769138; 1 IGT Gaming Machine, Ser No: 1073239; 1 IGT Gaming Machine, Ser No: 917238; 1 IGT Gaming Machine, Ser No: 1036987; 1 IGT Gaming Machine, Ser No: 588608; 1 IGT Gaming Machine, Ser No: 1036992; 1 IGT Gaming Machine, Ser No: 1017515; 1 Dell Computer, Ser No: GR2RR21; 1 Dell Computer, Ser No: G1MQR21; 1 Dell Computer, Ser No: B7RLG41; 1 Dell Computer, Ser No: DNJYQ21; 1 Cell Phone, Ser No: PTCG0B36M02T; 1 Camera, Ser No: Unk.; 1 USB, Ser No: Unk.; 1 Dell Computer, Ser No: GX2062400MT-06; 1 SeaGate External Hard drive, Ser No: 5LY24P2F; 164 CD's and DVD's, Ser No: n/a; 19 Circuit Boards, Ser No: n/a; 2 1 USB and 1 Sandisk, Ser No: Unk.; 3 3 Boxes of Slot Machine Glass, Ser No: N/a; 1 Soldering Machine, Ser No: A014159; 1 Miscellaneous EEPROM's, Ser No: Unk.; 15

Circuit Boards in a box, Ser No: n/a; 17 17 Wire Harnesses, Ser No: n/a; 10 Miscellaneous pieces of slot machine glass, Ser No: n/a; 9 1 USB and 8 CD's, Ser No: Unk.; 1 IGT Gaming Machine, Ser No: 1256068; 1 IGT Gaming Machine, Ser No: 1184445; 1 IGT Gaming Machine, Ser No: 1184396; 1 Bench-top rework station; 1 Compact Flash Card, Ser No: Unk.; 1 Compact Flash Card; 1 Film Picture Card; 1 Sony SD Card, Ser No: MSX-M2GN-E418Z1B; 1 Sony SD card, Ser No: MSX-M256N-K327Y1A; 1 Sony SD card, Ser No: MSH-M32-I41350B; 10 CD-R's for turbo flash gnag programmer, Ser No: Unk.; 5 Five miscellaneous CD-R's, Ser No: Unk.; 1 IGT Serial Plates, Ser No: Unk.; 1 Hard Drive, Ser No: X1C317DF; 1 Hard Drive, Ser No: K1HNK7TH; 1 Hard Drive, Ser No: NN11T491BFEY; 1 Hard Drive, Ser No: NN11T471BCHO; 1 Apple Iphone, Ser No: Unk.; 10 EEPROMS, Ser No: Unk.; 5 Five CD-R's, Ser No: Unk.; 1 Internal Hard Drive, Ser No: 5FBD9A68; 1 Hard Drive ($30); Micordia 2GB compact flash ($20); USB device ($10.00), Ser No: Q1G38Z5B; 1 USB Modem, Ser No: E02CA10830720101; 1 Computer Key, Ser No: R4KMQM3WDGD7TGGC798GC92WG; 1 Computer Key, Ser No: PX24D29FFY2MDPGG3VX9WGMRJ; 1 Computer Key, Ser No: FJXPG2Z77GDEH2CVRGCCP7JX3; 1 Computer Key, Ser No: V3GGBY4WC8V3K8QCJXW4WTG8M; 1 Computer, Ser No: 95085H76106Q44000174; 1 Computer, Ser No: E8223124111Q4400014900; 1 Computer Key, Ser No: P3DYXCCXMPDDTCDDVGWWTCXXQ; 1 Computer, Ser No: Unk.; 1 Computer with "Spire" and Super Rock" components, Ser No: Unk.; 1 IGT Game Theme Prints, Ser No: Unk.; 1 IGT Box of Labels, Ser No: n/a; 1 IGT Blueprints, Ser No: n/a; 1 Flash Card Reader, Ser No: Unk.; 1 SIMM Card reader, Ser No: Unk.; 1 Intelligent Universal Programmer, Ser No: Unk.; 1 Martin Hot-Reball-03, Ser No: HR03-03077; 2 Two Azkoyen Coin Validator programmer, Ser No: Unk.; 2 Two Advantach Equipment Lab Tool T480 turbo flash gang programmers w/flash board, Ser No: Unk.; 1 MacBook Air Computer, Ser No: W88131F018X; 1 HP Laptop Computer, Ser No: SL399130; 1 Suitcase Programmer, Ser No: Unk.; 1 Safe, Ser No: n/a; 1 $27.03 LVL ($55.13 USD) which was seized from Individuals Various on May 04, 2010 at Unknown, located in Las Vegas, NV

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (July 09, 2010) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, NV 89101, and a copy served upon Assistant United States Attorney Lucas Foletta, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, NV 89101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

**PROOF OF SERVICE**

I, Jacqueline L. Peltier, certify that the following individuals were served with copies of the Notice of Filing Proof of Publication on August 11, 2010, by the below identified method of service:

E-mail/ECF

Mace J. Yampolsky
Mace Yampolsky, LTD
625 South Sixth Street
Las Vegas, NV 89101
Mace@macelaw.com
*Counsel for Rodolfo Rodriguez Cabrera*

Michael Pariente
The Pariente Law firm, P.C.
330 South Third Street, Suite 1075
Las Vegas, NV 89101
*Counsel for Henry Mantilla*

/s/ Jacqueline L. Peltier
JACQUELINE L. PELTIER
Paralegal Specialist