DANIEL BOGDEN
United States Attorney
MICHAEL CHU
Assistant United States Attorney
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | 2:09-cr-00173 |
| ) | |
| v. ) | |
| ) | **Response to Rodolfo Cabrera's** |
| RODOLFO CABRERA, ) | **Sentencing Memorandum** |
| ) | |
| Defendant. ) | |
| ) | |

    The United States, by and through the undersigned attorneys, respectfully asks this Court to deny Rodolfo Cabrera's request to credit him for time spent in custody in Latvia awaiting extradition.

    Respectfully, defendant asks this Court to perform a duty that the U.S. Supreme Court has held is instead to be performed by the U.S. Attorney General, who, in turn, has delegated his authority to the Bureau of Prisons. *See United States v. Wilson*, 503 U.S. 329, 334-35 (1992). In *Wilson*, the Court held that, because Section 3585(b) permits defendants to receive credit against a sentence that "was imposed," this choice of wording, combined with the legislative history, means "that § 3585(b) does not authorize a district court to compute the credit at sentencing." *Id*. at 334. For these reasons, we ask that defendant's request be denied.

    **DATED**  August 17, 2010.

                                                     DANIEL BOGDEN
                                                  United States Attorney

                                                  /s/

                                                  MICHAEL CHU
                                                  Assistant United States Attorney