FILED

AUG -- 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-173-PMP (PAL) |
| RODOLFO RODRIGUEZ CABRERA, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO
DEFENDANT RODOLFO RODRIGUEZ CABRERA**

On May 7, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Title 17, United States Code, Section 506(b); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 2323(b); and Title 21, United States Code, Section 853 forfeiting property of defendant RODOLFO RODRIGUEZ CABRERA to the United States of America;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture is final as to defendant RODOLFO RODRIGUEZ CABRERA.

DATED this 20th day of Aug, 2010.

_____
UNITED STATES DISTRICT JUDGE